

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Civil Action |
| v. | No. 98-362-12 |
| VICTOR RODRIGUEZ . | |

FILED

MAR 10 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 10 day of March, 2010, upon consideration of petitioner's Motion for Return of Property and the record herein, and for reasons provided in the accompanying memorandum, it is hereby **ORDERED** that:

1. Petitioner's motions for return of the house at 3030 North Lawrence Street, Philadelphia, PA, and the Windstar minivan are **DISMISSED** as moot;

2. Petitioner's motions for return of the Suzuki motorcycle, Lincoln Towncar, and Hyundai Sonata are **DENIED**;.

3. Petitioner's motions for return of the Lexus, Grand Am Pontiac, and jet ski are **DISMISSED** for improper venue.

_____
Pollak, J.

XC: MAILED
V. RODRIGUEZ