# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> VICTOR RODRIGUEZ | Civil Action <br><br> No. 98-362-12 |

## ORDER

**AND NOW**, this 10th day of December, 2010, upon consideration of petitioner's Motion Submitted Under Federal Rule of Civil Procedure 60(b)(4) Seeking to Set Aside this court's March 10, 2010, Order, and for the reasons provided in the accompanying memorandum, it is hereby **CERTIFIED** that, in accordance with Federal Rule of Civil Procedure 62.1(a)(3):

(1) this court will grant the Rule 60(b) motion for reconsideration of claims relating to items 6, 7, and 8 of the March 10, 2010, Order; and

(2) this court will transfer the claims as to items 6, 7, and 8 of the March 10, 2010, Order to the United States District Court for the District of Puerto Rico;

if the Court of Appeals remands for those purposes. This court will not disturb any other portion of its March 10, 2010, Order.

/s/ Louis H. Pollak
Pollak, J.