IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Criminal Action |
|---|---|
| v. | No. 98-362-12 |
| VICTOR RODRIGUEZ . | |

**ORDER**

**AND NOW**, this 5th day of April, 2011, upon consideration of Rodriguez's motion to modify, correct, or amend the judgment pursuant to Federal Rule of Civil Procedure 60(a) (Docket No. 1084), the government's response thereto (Docket No. 1091), and Rodriguez's reply (Docket No. 1097), and for reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** to filing a subsequent petition for writ of habeas corpus in the district of confinement.

/s/ Louis H. Pollak
Pollak, J.